IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMIE DEMARCO JONES, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:13-cv-0395-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

On July 3, 2013, the Magistrate Judge filed a Recommendation (Doc. #3) in this case. On July 19, 2013, the petitioner filed a Reply to Magistrate's Report and Recommendation (Doc. #4) stating that he had no objections to the Report and Recommendation.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2. The petitioner's 28 U.S.C. § 2255 motion is DENIED without prejudice.

DONE this the 23rd day of July, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE